IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERNARD L. SMITH,      No. 2:14-cv-2348-TLN-CMK-P

    Plaintiff,

  vs.      <u>ORDER</u>

SECRETARY OF STATE, et al.,

    Defendants.

_____/

    Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The court previously directed plaintiff to submit either a completed application for leave to proceed in forma pauperis or the full filing fee.  Plaintiff failed to do so within the time provided.  As a result, the undersigned issued findings and recommendations that this case be dismissed for plaintiff's failure to prosecute and follow court orders.  In response, plaintiff filed a new application to proceed in forma pauperis and objections to the findings and recommendations.

    Plaintiff's application to proceed in forma pauperis remains insufficient, as it fails to include a certified copy of his inmate trust account.  Plaintiff indicates that he submitted a request for a certified copy of his inmate trust account statement, however the court has still not

1

received the statement. In his objections, plaintiff did not provide the court with a copy of his request as proof that he has in fact attempted to comply with the court's order, nor did he provide an uncertified copy of his statement until such time as he successfully obtains a certified copy. Plaintiff merely summarily states in his objections that he submitted a request which was not processed. It is plaintiff's responsibility to follow the proper procedures to obtain the necessary documents to prosecute this case. However, as plaintiff indicates he has attempted to comply with the court's orders, the court will allow him one last opportunity to provide the court with a certified copy of his inmate account statement. If plaintiff provides the court a certified copy, the undersigned will vacate the findings and recommendations, and plaintiff will be able to proceed to the next phase in this action. However, if no statement is received within 30 days of the date of this order, the findings and recommendations that this action be dismissed will be presented to the District Court.

According, IT IS HEREBY ORDERED that plaintiff submit a certified copy of his inmate trust account statement within 30 days of the date of this order.

DATED: April 19, 2016

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE